AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Lisa Guarino<br><br>*Plaintiff(s)*<br>v.<br>Royal Caribbean Cruises, Ltd., A Liberian Corporation, d/b/a Royal Caribbean International,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-cv-24153-JLK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROYAL CARIBBEAN CRUISES LTD., A LIBERIAN CORPORATION d/b/a ROYAL CARIBBEAN INTERNATIONAL
By serving: Mr. Bradley H. Stein, as Registered Agent
1050 Caribbean Way
Miami, Florida 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon L. Chase, Esq.
Law Offices of Brandon L. Chase, P.A.
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 9, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Esperanza Buchhorst*

Deputy Clerk
U.S. District Courts