**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

CASE NO. 19-24153-CV-JLK

LISA GUARINO

    Plaintiff,

v.


a Liberian corporation, d/b/a

ROYAL CARIBBEAN INTERNATIONAL,

    Defendant

_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR**
**STAY, ENLARGEMENT OF PRE-TRIAL DEADLINES AND CONTINUANCE**

    THIS MATTER having come before the Court upon the Defendant ROYAL CARIBBEAN CRUISES LTD.'s Unopposed Motion for a forty-five (45) day stay of all proceedings and discovery, continuance of all deadlines and trial and the Court having reviewed the file and being otherwise duly advised in the premised, it is

    **ORDERED AND ADJUDGED** that Defendant's Unopposed Motion is **GRANTED.** All discovery and proceedings in this matter are hereby stayed for forty-five (45) days from the date of this order and all pretrial deadlines are hereby continued by forty-five (45) days.  The trial in this matter shall be continued to two week period commencing on August 9, 2021 at 9:00 a.m.  Calendar call will be held on August 5, 2021 at 10;00 a.m..  Final Pretrial Conference is set for June 4, 2021

at 11:00 a.m.  Discovery Deadline is March 31, 2021; and Motion Practice Deadline is April 5, 2021.  The Pretrial Stipulation is due on May 28, 2021.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th of March 2020.

_____
JAMES LAWRENCE KING

UNITED STATES DISTRICT JUDGE

cc:   All counsel of record